

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jimmy Don Matthews, Appellant

No. 06-12-00179-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 12-F-583-102). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Jimmy Don Matthews, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk